■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GONZALEZ, Appellant.

Any error concerning the introduction into evidence of testimony that the defendant was arrested in Puerto Rico more than a year after the crime had occurred was harmless (see, People v Crimmins, 36 NY2d 230). Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.